UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

UNITED STATES OF AMERICA

        Plaintiff(s),

VS.                                        2:05-CR-210-PMP-RJJ

STEVEN ANTONIO QUIJANO

        Defendant(s),

**SEALED ORDER FOR DESTRUCTION OF EXHIBITS**

    The Clerk's Office having given notice to counsel as prescribed by LR 79-1 and LCR 55-1 of the Local Rules of Practice of this Court, and counsel having failed to make arrangements to retrieve the exhibits in the allotted time, **IT IS HEREBY ORDERED** that the Clerk is authorized to destroy the exhibits previously admitted in this matter.

Dated: September 27, 2010

**U.S. DISTRICT JUDGE**